# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ULYSSES WINDON-ST. JOHN, JR., | )<br>) |
| Plaintiff, | ) Case No. 2:16-cv-01455-JAD-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendants. | )<br>) |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Order granting the Motion to Continue Discovery Deadlines (ECF No. 20) filed June 14, 2017, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than October 2, 2017. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 3, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 26th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge