STEVEN W. MYHRE
Acting United States Attorney
TROY K. FLAKE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ULYSSES WINDON-ST. JOHN, Jr., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No.: 2:16-cv-01455-JAD-GWF <br><br> **JOINT MOTION TO STAY** |

The parties respectfully request that the Court stay this matter for 30 days. On October 26, 2017, the Court ordered that the parties file their joint pretrial order and Fed. R. Civ. P. 26(a)(3) disclosures and objections by November 3, 2017. ECF #21.

The parties executed a settlement agreement in this case on September 7, 2017. On that same day, the undersigned attorney for the United States submitted a request for payment from the U.S. Treasury. However, due to an unexpected delay, the settlement proceeds have not yet been received by Plaintiff. The parties expect that payment will be received within the next few days.

The parties jointly request that this case, including the deadlines in the Court's October 26, 2017 order, be stayed for 30 days.

//

//

//

//

1

The parties expect that before the expiration of that period, Plaintiff will receive payment and will file a notice of dismissal.

Respectfully submitted this 31st day of October, 2017.

| | |
|---|---|
| PAUL PADDA LAW, PLLC | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Paul S. Padda*<br>PAUL S. PADDA, Esq.<br>JOSHUA Y. ANG, Esq.<br>4240 W. Flamingo Rd., #220<br>Las Vegas, NV 89103<br>*Attorneys for Plaintiff* | */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorneys<br>U.S. Attorney's Office<br>501 Las Vegas Blvd. So., #1100<br>Las Vegas, NV 89101<br>*Attorneys for the United States* |

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 1, 2017