PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULYSSES WINDON-ST.JOHN, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:16-cv-1455-JAD-GWF <br><br> **JOINT STIPULATION FOR DISMISSAL (WITH PREJUDICE)** |

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of this action (with prejudice). The parties respectfully request that the Court approve this stipulation and dismiss this action (with prejudice) with each party to bear its own attorney's fees and costs.

Respectfully submitted,

/s/ Troy K. Flake  /s/ Paul S. Padda

_____  _____

Troy K. Flake, Esq.  Paul S. Padda, Esq.
Assistant United States Attorney
 Counsel for Plaintiff
Counsel for Defendant

Dated: November 7, 2017

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED, with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: November 8, 2017.

_____
UNITED STATES DISTRICT JUDGE